# Third District Court of Appeal

## State of Florida

Opinion filed October 26, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1485
Lower Tribunal No. 19-3150
_____

**Brenda Thompkins**,
Appellant,

vs.

**Condominium "E" Association At Mediterranea, Inc., etc.,**
Appellee.

An appeal from a non-final order from the Circuit Court for Miami-Dade County, Valerie R. Manno Schurr, Judge.

Law Offices of Jennifer S. Carroll, P.A., and Jennifer S. Carroll (Jupiter), for appellant.

Esler & Lindie, P.A., Beth G. Lindie, and Jeremy M. Zubkoff (Fort Lauderdale), for appellee.

Before SCALES, MILLER, and LOBREE, JJ.

PER CURIAM.

Affirmed.